IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**AUBREY LEE WHITAKER, JR.**                                                                            **PLAINTIFF**

**V.**                                                                        **CAUSE NO. 4:07cv121(P)(B)**

**RONE TRUCKING, INC.**                                                                        **DEFENDANT**

---

**AGREED ORDER EXTENDING EXPERT WITNESS DESIGNATION DEADLINES**

---

UPON THIS COURT having been informed that the parties have agreed to allow each other an additional thirty (30) days in which to designate expert witnesses in the case, and upon this Court having determined that this deadline set forth in the original Case Management Order entered in this matter should be extended according to the agreement between the parties,

IT IS HEREBY ORDERED that the deadlines applicable to each of the parties for the designation of expert witnesses is hereby extended for an additional thirty (30) days, with the plaintiff's designation being due on or before March 1, 2008, and the defendant's designation being due on or before April 3, 2008.

This 7th day of February, 2008.

                                                               /s/ Eugene M. Bogen
                                                               UNITED STATES MAGISTRATE JUDGE

AGREED TO:

  /s/ Bill Striebeck
WILLIAM R. STRIEBECK (MSB# 8530)
Attorney for Aubrey Lee Whitaker, Jr.

  /s/ Rebecca B. Cowan
EDWARD J. CURRIE, JR. (MSB # 5546)
REBECCA B. COWAN (MSB# 7735)
Attorneys for Rone Trucking, Inc.